No. 1005. SUPERIOR OIL CO. *v.* UNITED GAS IMPROVE-MENT CO. C. A. 5th Cir. Certiorari denied. *F. P. Jones, Jr., R. B. Voight* and *H. W. Varner* for petitioner. *J. David Mann, Jr., William W. Ross* and *John E. Holtzinger, Jr.* for respondent.

No. 928. MILWAUKEE & SUBURBAN TRANSPORT CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Richard R. Teschner* and *Warren W. Browning* for petitioner. *Solicitor General Cox* for respondent.

No. 507. STREIGHT RADIO & TELEVISION, INC., *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Alfred L. Scanlan* and *John H. O'Hara* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Harry Baum* and *George F. Lynch* for respondent.

No. 918. GREAT LAKES AIRLINES, INC., ET AL. *v.* CIVIL AERONAUTICS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE BRENNAN took no part in the consideration or decision of this application. *Thurman Arnold, Charles H. Older* and *Albert F. Beitel* for petitioners. *Solicitor General Cox, Assistant Attorney General Loevinger, Richard A. Solomon, Robert A. Hammond III, Joseph B. Goldman, O. D. Ozment* and *Robert L. Toomey* for respondent. Reported below: — U. S. App. D. C. —, — F. 2d —.